**RUSTAM DOSMATOV**
**306 RIDGEWAY PL**
**PHILADELPHIA PA 19116**

June 7, 2024

**Honorable Judge Ashely M. Chan**
**Robert N.C. Nix Federal Courthouse**
**900 Market Street Suite 204**
**Philadelphia, PA 19107**

                              Debtor's Name: Rustam Dosmatov
                              Case Number: 24-11793-amc
                              Chapter 11

Dear Honorable Judge Ashely M. Chan,

      Please allow this letter to serve as an explanation with respect to List of Equity Security Holders, previously requested to file in the above-referenced case. As the instant case is an individual filling. There are no equity shareholders to be disclosed therein.

Respectfully,
Rustam Dosmatov