UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)
www.paeb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| Rustam Dosmatov, ) | Case No. 24-11793-amc |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ALLA KACHAN ESQ

AND NOW, this_____day of June 2024, upon consideration of the Motion for Admission *Pro Hac Vice* for Alla Kachan Esquire, it is hereby ORDERED that the Motion is GRANTED for the purpose of her representation of Rustam Dosmatov, individual debtor in the above-captioned matter.

Date: July 26, 2024

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE