# EXHIBIT A



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RUSTAM A DOSMATOV
DIP CASE 24-11793 EDPA
308 RIDGEWAY PL
PHILADELPHIA PA 19116-3611

Page: 1 of 8
Statement Period: Sep 18 2024-Oct 17 2024
Cust Ref #:
Primary Account #: 0457

## Chapter 11 Checking

RUSTAM A DOSMATOV
DIP CASE 24-11793 EDPA                                              0457

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 138.18 | Average Collected Balance | 1,135.60 |
| Deposits | 3,600.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,700.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 5,251.82 | Days in Period | 30 |
| Ending Balance | 1,186.36 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DEPOSIT | 1,800.00 |
| 10/01 | DEPOSIT | 1,800.00 |
| | Subtotal: | 3,600.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | ATM CHECK D███████████0115 | 2,700.00 |
| | AUT 101224 ATM CHECK DEPOSIT | |
| | 9996 HALDEMAN AVENUE    PHILADELPHIA * PA | |
| | Subtotal: | 2,700.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | ██████████0115, AUT 091724 VISA DDA PUR AP | 18.00 |
| 09/19 | DSC█████████0115, AUT 091824 VISA DDA PUR AP | 48.00 |
| 09/19 | DSC█████████20115, AUT 091824 VISA DDA PUR AP | 45.34 |
| 09/19 | DEB█████████0115, AUT 091924 DDA PURCHASE AP | 12.07 |
| 09/19 | DSCR█████████0115, AUT 091824 VISA DDA PUR AP | 5.63 |
| 09/20 | DEBIT PO█████████0115, AUT 092024 DDA PURCHASE AP | 186.83 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RUSTAM A DOSMATOV
DIP CASE 24-11793 EDPA

Page: 3 of 8
Statement Period:    Sep 18 2024-Oct 17 2024
Cust Ref #: ###
Primary Account #: 0457

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | DEBIT PO ███ 0115, AUT 091924 DDA PURCHASE AP EAT SPIC ███ WHITE HAVEN * PA | 23.00 |
| 09/20 | DEBIT PO ███ 0115, AUT 092024 DDA PURCHASE AP SONIC ██ ███ ELPHIA * PA | 20.79 |
| 09/20 | DEBIT POS ███ 0115, AUT 092024 DDA PURCHASE AP WINE AND SPIRITS 5160 ███ PHILADELPHIA * PA | 15.11 |
| 09/20 | DBCRD PU ███ 0115, AUT 091924 VISA DDA PUR AP DUNKIN ██████ ██████ * OH | 7.48 |
| 09/23 | DBCRD PU ███ 0115, AUT 092124 VISA DDA PUR AP AKSHARPITH ROBBINSVILLE ██ ROBBINSVILLE * NJ | 127.95 |
| 09/23 | DBCRD P ███ 0115, AUT 092124 VISA DDA PUR AP PTC EZ PASS/AUTO RE ██ 877 736 6727 * PA | 70.00 |
| 09/23 | DEBIT POS ███ 0115, AUT 092124 DDA PURCHASE AP WAL MART SUPER CENTER ██ PHILADELPHIA * PA | 60.18 |
| 09/23 | DEBIT PO ███ 0115, AUT 092124 DDA PURCHASE AP DOLLAR TREE POS ████ ██ PHILADELPHIA * PA | 43.65 |
| 09/23 | DEBIT P ███ 0115, AUT 092124 DDA PURCHASE AP WAWA 804 ███ PHILADELPHIA * PA | 42.26 |
| 09/23 | DEBIT P ███ 0115, AUT 092124 DDA PURCHASE AP BJ'S FUEL 0022 2044 RED ██ PHILADELPHIA * PA | 25.24 |
| 09/23 | DBCRD PU ███ 0115, AUT 092124 VISA DDA PUR AP BAPS SH ████████████ WINDSOR * NJ | 24.15 |
| 09/23 | DBCRD PU ███ 0115, AUT 092224 VISA DDA PUR AP WAWA 270 ███ WHITE HAVEN * PA | 15.34 |
| 09/23 | DBCRD P ███ 0115, AUT 092124 VISA DDA PUR AP KEYSTONE HEALTH PLANE ██ HTTPS WWW I * PA | 14.55 |
| 09/23 | DEBIT PO ███ 0115, AUT 092224 DDA PURCHASE AP MR FUEL 783 ███ GIRARD * OH | 10.29 |
| 09/23 | DBCRD PU ███ 0115, AUT 092224 VISA DDA PUR AP WAWA 804 ███ PHILADELPHIA * PA | 7.81 |
| 09/23 | DBCRD PU ███ 0115, AUT 092024 VISA DDA PUR AP DUNKIN 354 ██ EAST BRUNSWIC * NJ | 5.74 |
| 09/23 | DBCRD PUR ███ 0115, AUT 092124 VISA DDA PUR AP WAWA 804 ███ PHILADELPHIA * PA | 2.43 |
| 09/23 | DEBIT ███ 0115, AUT 092324 DDA PURCHASE AP BP ██ ███ * OH | 1.98 |
| 09/24 | ELECTRONIC PMT-WEB, PROG SPECIALTY INS ███ 2077 Rusta | 398.25 |
| 09/24 | DBCRD PU ███ 0115, AUT 092324 VISA DDA PUR AP WAWA 2 ███ WHITE HAVEN * PA | 15.43 |
| 09/24 | DBCRD PU ███ 0115, AUT 092324 VISA DDA PUR AP IV6VEND ███████████ CLAYTON * NJ | 5.50 |
| 09/24 | DBCRD PU ███ 0115, AUT 092324 VISA DDA PUR AP DUNKIN 35402 ██ ███ * OH | 5.48 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

 **Bank**

America's Most Convenient Bank®



STATEMENT OF ACCOUNT

RUSTAM A DOSMATOV
DIP CASE 24-11793 EDPA

Page:                    4 of 8
Statement Period:   Sep 18 2024-Oct 17 2024
Cust Ref #:                      ####
Primary Account #:            0457

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25 | DBCRD ████████ 0115, AUT 092424 VISA DDA PUR AP ABC PH PHILADELPHIA RED - 215.9591160 * PA | 40.45 |
| 09/25 | DEBIT P████████ 0115, AUT 092524 DDA PURCHASE AP EP 2420 GIRARD - OH | 9.98 |
| 09/25 | DEBIT P████████ 0115, AUT 092524 DDA PURCHASE AP TA -58 YOUNGST AUSTINTOWN - OH | 8.73 |
| 09/25 | DBCRD ████████ 20115, AUT 092424 VISA DDA PUR AP WAWA 8██████ HAVEN * PA | 8.31 |
| 09/25 | DBCRD PUR ████████ 0115, AUT 092424 VISA DDA PUR AP WAWA 811██████ DELPHIA * PA | 2.15 |
| 09/25 | DEBIT PO████████ 20115, AUT 092524 DDA PURCHASE AP SUNOCO █████ EST UNITY * OH | 1.79 |
| 09/26 | DEBIT PO████████ 0115, AUT 092624 DDA PURCHASE AP BARAKAT MARKET PHILADELPHIA * PA | 48.73 |
| 09/26 | DEBIT POS████████ 0115, AUT 092624 DDA PURCHASE AP WAWA 80██████ DELPHIA * PA | 10.16 |
| 09/26 | DBCRD PUR ████████ 0115, AUT 092524 VISA DDA PUR AP DUNKIN 363521 CLYDE * OH | 7.48 |
| 09/26 | DBCRD PU████████ 115, AUT 092524 VISA DDA PUR AP IVBVEND COM 855-895-2510 CLAYTON * NJ | 5.50 |
| 09/27 | DBCRD PU████████ 0115, AUT 092624 VISA DDA PUR AP WAWA 2██████ W 3██ HAVEN * PA | 15.43 |
| 09/27 | DEBIT PO████████ 115, AUT 092724 DDA PURCHASE AP PETRO █████ RD * OH | 7.00 |
| 09/27 | DBCRD PU████████ 0115, AUT 092624 VISA DDA PUR AP WAWA █████ HAVEN * PA | 5.37 |
| 09/30 | DBCRD P████████ 115, AUT 092824 VISA DDA PUR AP LAVENDER FOOT SPA PHILADELPHIA * PA | 108.88 |
| 09/30 | DBCRD ████████ 0115, AUT 092924 VISA DDA PUR AP UYGHUR LAGMAN HOUSE REGO PARK * NY | 74.45 |
| 09/30 | DBCRD P████████ 115, AUT 092724 VISA DDA PUR AP PTC E2 PASS ████████ 877.736.6727 * PA | 70.00 |
| 09/30 | DBCRD PU████████ 20115, AUT 092724 VISA DDA PUR AP TR CON █████ CM AN L ELKHART * IN | 47.40 |
| 09/30 | DEBIT POS████████ 115, AUT 092824 DDA PURCHASE AP WAWA 80█████ DELPHIA * PA | 23.22 |
| 09/30 | DBCRD PUR ████████ 115, AUT 092824 VISA DDA PUR AP VATAN HALA █████ PHILADELPHIA * PA | 20.52 |
| 09/30 | DBCRD PUR ████████ 115, AUT 092924 VISA DDA PUR AP WAWA 270█████ WHITE HAVEN * PA | 15.34 |
| 09/30 | DBCRD PUR ████████ 20115, AUT 092924 VISA DDA PUR AP SINGH D █████ GIRARD * OH | 15.00 |



**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RUSTAM A DOSMATOV
DIP CASE 24-11793 EDPA

Page                    5 of 8
Statement Period:   Sep 18 2024-Oct 17 2024
Cust Ref #:                    9-T-###
Primary Account #:            00457

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | DBCRD P ███████ 20115, AUT 062824 VISA DDA PUR AP JFK BLU ██ ICA * NY | 12.00 |
| 09/30 | DEBIT PO ████████ 0115, AUT 092724 DDA PURCHASE AP WAWA 804 ██ DELPHIA * PA | 10.57 |
| 09/30 | DEBIT POS █████████ 115, AUT 092824 DDA PURCHASE AP WAWA 8047 ██ ADELPHIA * PA | 8.41 |
| 09/30 | DBCRD PUR ████████ 20115, AUT 092724 VISA DDA PUR AP DUNKIN 36002 ██ VILLE * OH | 7.48 |
| 09/30 | DEBIT POS █████████ 0115, AUT 092824 DDA PURCHASE AP SUNOCO 0809297 ██ MILTON TWP * NJ | 7.38 |
| 09/30 | DBCRD PU ████████ 20115, AUT 092724 VISA DDA PUR AP ITR CONCESSION COMPANY L ELKHART * IN | 6.80 |
| 09/30 | DBCRD PU ████████ 20115, AUT 092924 VISA DDA PUR AP WAWA 8110 ██ DELPHIA * PA | 5.88 |
| 09/30 | DEBIT POS █████████ 0115, AUT 092824 DDA PURCHASE AP SUNOCO 080929 ██ MILTON TWP * NJ | 4.99 |
| 10/01 | DBCRD PUR ████████ 0115, AUT 093024 VISA DDA PUR AP SQ NEW GENERATION CATER ELKHART * IN | 9.50 |
| 10/01 | DEBIT POS █████████ 15, AUT 100124 DDA PURCHASE AP ██████████ RD * OH | 8.99 |
| 10/01 | DBCRD PUR ████████ 115, AUT 093024 VISA DDA PUR AP DUNKIN 363508 ██ HOWE * IN | 3.73 |
| 10/02 | DBCRD PUR ████████ 20115, AUT 093024 VISA DDA PUR AP PETRO 32 ██ GIRARD * OH | 45.74 |
| 10/02 | DBCRD PUR ████████ 420115, AUT 100124 VISA DDA PUR AP WAWA 270 ██ WHITEHAVEN * PA | 15.43 |
| 10/02 | DBCRD PUR ████████ 420115, AUT 100124 VISA DDA PUR AP TANGO LA ██ ROCKAWAY * NJ | 15.19 |
| 10/02 | DEBIT P █████████ 0115, AUT 100124 DDA PURCHASE AP FLYING ██ EDG ██ * OH | 12.29 |
| 10/02 | DEBIT ████████ 20115, AUT 100224 DDA PURCHASE AP PETRO ██ GIRARD * OH | 7.00 |
| 10/03 | DBCRD ████████ 420115, AUT 100224 VISA DDA PUR AP ITR OC ██ YL- ELKHART * IN | 6.80 |
| 10/03 | DBCRD P ████████ 420115, AUT 100224 VISA DDA PUR AP DUNKIN ██ NTLA * OH | 6.67 |
| 10/04 | DBCRD P ████████ 420115, AUT 100324 VISA DDA PUR AP WAWA 270 ██ WHITEHAVEN * PA | 30.18 |
| 10/04 | DEBIT PO █████████ 0115, AUT 100424 DDA PURCHASE AP TA 58 ██ NTINTOWN * OH | 7.00 |
| 10/07 | DBCRD PU ████████ 0115, AUT 100524 VISA DDA PUR AP REGISTAN ██ PHILADELPHIA * PA | 124.20 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠



## TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RUSTAM A DOSMATOV
DIP CASE 24-11793 EDPA

Page: 6 of 8
Statement Period: Sep 18 2024-Oct 17 2024
Cust Ref #: ▮▮▮▮▮-T-###
Primary Account #: ▮▮▮▮▮00457

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | DBCRD ▮▮▮▮ 0115, AUT 100824 VISA DDA PUR AP UMI BU▮▮▮ PHILADELPHIA * PA | 106.09 |
| 10/07 | DBCRD P▮ ▮▮▮▮ 0115, AUT 100424 VISA DDA PUR AP 76 VIDE▮▮▮▮▮ GSTOWN * OH | 20.00 |
| 10/07 | DBCRD ▮▮▮▮ 0115, AUT 100824 VISA DDA PUR AP WAWA ▮▮▮ HAVEN * PA | 15.15 |
| 10/07 | DEBIT PO▮ ▮▮▮▮ 0115, AUT 100724 DDA PURCHASE AP PETRO ▮▮▮▮▮▮ GIRARD * OH | 13.48 |
| 10/07 | DBCRD P▮ ▮▮▮▮ 0115, AUT 100424 VISA DDA PUR AP 76 VIDE▮▮▮▮▮ GSTOWN * OH | 12.89 |
| 10/07 | DBCRD P▮ ▮▮▮▮ 0115, AUT 100624 DDA PURCHASE AP WAWA ▮▮▮▮ DELPHIA * PA | 10.71 |
| 10/07 | DEBIT POS ▮▮▮▮ 0115, AUT 100624 DDA PURCHASE AP BP 24200▮▮▮ ▮▮RARD * OH | 8.99 |
| 10/07 | DBCRD ▮▮▮▮ 0115, AUT 100524 DDA PUR AP WAWA ▮▮▮ ▮▮DELPHIA * PA | 7.53 |
| 10/07 | DBCRD ▮▮▮▮ 0115, AUT 100524 VISA DDA PUR AP DUNKIN 31▮▮52▮▮▮ ▮▮ADELPHIA * PA | 7.29 |
| 10/07 | DBCRD P▮ ▮▮▮▮ 0115, AUT 100524 VISA DDA PUR AP BEVERAGE ONE ▮▮ADELPHIA * PA | 6.74 |
| 10/07 | DBCRD PU▮ ▮▮▮▮ 0115, AUT 100424 VISA DDA PUR AP DD BR 34300▮▮ ▮55 ▮RIGHTON * MI | 6.03 |
| 10/08 | DEBIT PO▮ ▮▮▮▮ 0115, AUT 100824 DDA PURCHASE AP TA 6 COLUMBIA ▮ COLUMBIA * NJ | 12.78 |
| 10/08 | DEBIT PO▮ ▮▮▮▮ 0115, AUT 100824 DDA PURCHASE AP PETRO 32▮▮ ▮▮▮ GIRARD * OH | 11.48 |
| 10/09 | DEBIT PO▮ ▮▮▮▮ 0115, AUT 100924 DDA PURCHASE AP BP 24209▮▮▮ ▮▮RARD * OH | 13.74 |
| 10/09 | DBCRD PU▮ ▮▮▮▮ 0115, AUT 100824 VISA DDA PUR AP DUNKIN 3▮▮ ▮▮RARD * OH | 8.07 |
| 10/10 | DBCRD PUR ▮▮▮▮ 0115, AUT 100924 VISA DDA PUR AP DUNKIN 28▮▮▮▮ ▮LLE * OH | 7.48 |
| 10/11 | DBCRD ▮▮▮▮ 0115, AUT 101024 VISA DDA PUR AP WAWA ▮▮▮▮▮ ▮▮DELPHIA * PA | 16.66 |
| 10/15 | ELECTRONIC PMT-WEB, VZ WIRELESS VE VZW▮ ▮▮▮▮ 8702 | 500.00 |
| 10/15 | TD ATM DE▮ ▮▮▮▮ 0115, AUT 101224 DDA WITHDRAW AP 9996 HALE ▮▮ADELPHIA * PA | 100.00 |
| 10/15 | DEBIT ▮▮▮▮ 0115, AUT 101324 DDA PURCHASE AP BJ'S R▮▮▮▮ PHILADELPHIA * PA | 34.16 |
| 10/15 | DBCRD PUR ▮▮▮▮ 0115, AUT 101324 VISA DDA PUR AP STATION ▮▮▮ ▮DELPHIA * PA | 27.77 |
| 10/15 | DBCRD PUR ▮▮▮▮ 0115, AUT 101324 VISA DDA PUR AP STATION P▮▮ ▮▮DELPHIA * PA | 21.57 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

5,251.62



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RUSTAM A DOSMATOV
DIP CASE 24-11793 EDPA

Page                    7 of 8
Statement Period        Sep 18 2024-Oct 17 2024
Cust Ref #:             T-###
Primary Account #:      0457

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | DBCRD █████ 0115, AUT 101124 VISA DDA PUR AP ITR CON █████ ELKHART * IN | 16.20 |
| 10/15 | DBCRD PUR █████ 0115, AUT 101124 VISA DDA PUR AP PANDA █████ CLYDE * OH | 14.74 |
| 10/15 | DBCRD PUR █████ 20115, AUT 101024 VISA DDA PUR AP GIOS BBQ █████ WOODLAND * PA | 10.60 |
| 10/15 | DBCRD PU █████ 115, AUT 101224 VISA DDA PUR AP WAWA 805█ █████ PHILADELPHIA * PA | 8.52 |
| 10/15 | DBCRD PU █████ 0115, AUT 101324 VISA DDA PUR AP STATION PIZZA █████ PHILADELPHIA * PA | 8.50 |
| 10/15 | DBCRD P █████ 20115, AUT 101024 VISA DDA PUR AP LOVE'S ███ INSIDE █████ NAPOLEON * OH | 7.78 |
| 10/15 | DBCRD P █████ 20115, AUT 101124 VISA DDA PUR AP ITR CON █████ ELKHART * IN | 6.80 |
| 10/15 | DBCRD P █████ 20115, AUT 101124 VISA DDA PUR AP DUNKIN █████ HOWE * IN | 3.73 |
| 10/15 | DBCRD P █████ 0115, AUT 101124 VISA DDA PUR AP DUNKIN 383401 █████ MANTUA * OH | 2.89 |
| 10/15 | DBCRD P █████ 20115, AUT 101024 VISA DDA PUR AP GIOS BB█ █████ AND * PA | 2.69 |
| 10/15 | DBCRD P █████ 0115, AUT 101424 VISA DDA PUR AP WAWA 81 █████ ELPHIA * PA | 2.43 |
| 10/16 | ELECTRONIC PMT-TEL, FLAGSTAR BANK NA LOAN █████ 433 | 1,272.16 |
| 10/16 | DBCRD █████ 0115, AUT 101424 VISA DDA PUR AP VZW █████ 0 922 0204 * FL | 77.27 |
| 10/16 | NONTD ATM █████ 420115, AUT 101624 DDA WITHDRAW AP EFT █████ HUBBARD * OH | 63.50 |
| 10/16 | DBCRD █████ 0115, AUT 101524 VISA DDA PUR AP WAW█ █████ E * PA | 19.32 |
| 10/17 | ELECTRONIC PMT-WEB, VZ WIRELESS VE VZW WEBPAY 8248762 | 499.05 |
| 10/17 | DBCRD P █████ 115, AUT 101624 VISA DDA PUR AP BOS SUM █████ HUBBARD * OH | 75.10 |
| 10/17 | DBCRD PU █████ 0115, AUT 101624 VISA DDA PUR AP SQ ZADR █████ FLUSHING * NY | 16.00 |
| 10/17 | DEBIT P █████ 0115, AUT 101624 DDA PURCHASE AP RUTTE █████ ANNON * PA | 8.18 |
| 10/17 | DBCRD █████ 0115, AUT 101624 VISA DDA PUR AP DUNKIN █████ HOWE * IN | 7.14 |
| | Subtotal: | 5,251.82 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

RUSTAM A DOSMATOV
DIP CASE 24-11793 EDPA

Page                8 of 8
Statement Period:   Sep 18 2024-Oct 17 2024
Cust Ref #:         ###
Primary Account #:  0457

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 09/17 | 138.18 | 10/02 | 1,752.42 |
| 09/18 | 1,920.18 | 10/03 | 1,738.95 |
| 09/19 | 1,809.14 | 10/04 | 1,701.77 |
| 09/20 | 1,555.93 | 10/07 | 1,362.67 |
| 09/23 | 1,104.15 | 10/08 | 1,338.41 |
| 09/24 | 679.49 | 10/09 | 1,318.60 |
| 09/25 | 608.08 | 10/10 | 1,311.12 |
| 09/26 | 536.21 | 10/11 | 1,292.46 |
| 09/27 | 608.41 | 10/15 | 3,224.08 |
| 09/30 | 70.29 | 10/16 | 1,791.83 |
| 10/01 | 1,848.07 | 10/17 | 1,186.36 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com
Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender